IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN T. MALLOY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | : | NO. 02-2636 |

**O R D E R**

AND NOW, this 4th day of June, 2002, it is Ordered that a telephone conference in the above captioned case is scheduled on Tuesday, June 11, 2002 at 9:30 a.m. Plaintiff's counsel shall initiate the telephone conference. Judge McLaughlin's chambers telephone number is 267-299-7600.

IT IS FURTHER ORDERED that the Rule 16 Scheduling conference scheduled on Thursday, June 13, 2002 at 4:30 p.m. is CANCELLED until further notice from the Court.


ATTEST:                                       or    BY THE COURT


BY:_____               _____
    Carol D. James, Deputy Clerk                    MARY A. McLAUGHLIN,  J.


Civ 12 (9/83)