IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN T. MALLOY,             :           CIVIL ACTION
                Plaintiff       :
                                :
                                :
        v.                      :
                                :
                                :
UNUM LIFE INSURANCE COMPANY     :
OF AMERICA,                     :
                Defendant       :           No. 02-2636

SCHEDULING ORDER


        AND NOW, this _____ day of February, 2003, pursuant to

a stipulation by the parties in the above captioned case, IT IS

HEREBY ORDERED that:

        1.  The plaintiff shall respond to the defendant's

motion for summary judgment on or before March 19, 2003.

        6.  The Court will hold a final pretrial and settlement

conference on April 22, 2003 at 4:00 p.m.

        7.  Trial in the case shall commence on Monday, April

28, 2003 at 9:30 a.m.

        8.  All parties shall prepare and file with the Clerk

of Court their Pretrial Memoranda, in accordance with this order

and Local Rule of Civil Procedure 16.1(c) as follows:

                A.  Plaintiffs - fifteen (15) days before the

                    final pretrial conference;

B.    Defendants - five (5) days before the final
pretrial conference.

9.    At least five (5) working days before the case is
listed for trial, each party shall submit to the Court, and serve
on each other, two (2) copies of proposed points for charge and
any proposed special jury interrogatories.  Each point for charge
or proposed jury interrogatory shall be numbered and shall be on
a separate sheet of paper identifying the name of the requesting
party.  Supplemental points for charge will be permitted during
and at the conclusion of trial.  Points for charge should be
accompanied by appropriate citations of legal authority.

10.  If a party uses any version of the Word Perfect
word processing system, it is urged to provide the Court with a
disk containing the proposed points for charge and proposed
special jury interrogatories.

11.  Before commencement of trial, counsel will pre-
mark and exchange all exhibits, and a schedule of exhibits which
shall briefly describe each exhibit.  Two (2) copies of the
exhibits must be submitted to the Court at least five (5) working
days before the case is listed for trial.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.

-2-