```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN T. MALLOY,              :      CIVIL ACTION
              Plaintiff          :
                                 :
                                 :
         v.                      :
                                 :
                                 :
UNUM LIFE INSURANCE COMPANY      :
OF AMERICA,                      :
              Defendant          :      No. 02-2636
```

## SCHEDULING ORDER

AND NOW, this _____ day of March, 2003, pursuant to a request received from the plaintiff in this case, IT IS HEREBY ORDERED that:

1. The plaintiff shall respond to the defendant's motion for summary judgment on or before April 2, 2003; and

2. The parties shall attend a settlement conference with Magistrate Judge Linda Caracappa as soon as such a conference can be arranged.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.