IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN T. MALLOY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 02-2636 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | | |

O R D E R

**AND NOW, TO WIT:** This 10th day of Aril, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Carol D. James,
Deputy Clerk

faxed from chambers 4/10/03:
  E. Thomas Henefer
  Harry J. Levant
  Kirk L. Wolgemuth

Civ 2 (7/95)
41(b).frm